Holland Trust Company, Plaintiff, *v.* Thomson-Houston Electric Company of New York et al., Defendants.

George W. Maslin et al., Individually and as Reorganization Committee, Appellants; James S. Coleman et al., Respondents.

Reported below, 9 App. Div. 473.
(Argued January 18, 1897; decided January 26, 1897.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 6, 1896, which reversed an order of Special Term denying a motion to compel the purchasers at a foreclosure sale to complete their purchase.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal, which was taken without leave of the Appellate Division.

*A. J. Dittenhoefer* and *David Gerber* for motion.

*Charles R. Westbrook* and *Eustace Conway* opposed.

Motion granted, with ten dollars costs.